LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TANYA JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Commissioner Of Social Security,<br><br>    Defendant. | No. CV 13 - 2278 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED SIXTY SEVEN DOLLARS AND 77/100 ($1,267.77) ~~subject to the terms of the stipulation~~ to Plaintiff.

DATE: 3/5/14  _____ /s/ Ralph Zarefsky _____

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-